No. 3. THE STATE OF SOUTH CAROLINA EX RELATIONE O. W. BUCHANAN, PLAINTIFF IN ERROR, *v.* R. H. JENNINGS

ET AL., ETC. In error to the Supreme Court of the State of South Carolina. Submitted October 10, 1906. Decided January 21, 1907. *Per Curiam :* Dismissed for the want of jurisdiction. *French* v. *Taylor,* 199 U. S. 274; *Leonard* v. *Railroad Company,* 198 U. S. 416; *Murdock* v. *Memphis,* 20 Wall. 590; *Eustis* v. *Bolles,* 150 U. S. 361. *Mr. Levi H. David* and *Mr. Charles A. Douglass* for plaintiff in error. *Mr. Duncan C. Ray* for defendants in error.